# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 247 MAL 2023

Respondent

:    Petition for Allowance of Appeal
:    from the Order of the Superior Court

v.

PETER ALLEN O'FLYNN,

Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.